# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>JASON ERROL PERCIVAL | **DOCKET NO:**<br>06-102-II | **MAGIS. NO:** |
| | **NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED**<br>Christopher Sealey | |
| | FILED<br>JUL 30 2007<br>NANCY MAYER-WHITTINGTON, CLERK<br>U.S. DISTRICT COURT | |
| **DOB:**   **PDID:** | | |
| **WARRANT ISSUED ON THE BASIS OF:** INDICTMENT | **DISTRICT OF ARREST** | |
| **TO:** ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | **CITY** | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO COMMIT HOSTAGE TAKING RESULTING IN DEATH;

HOSTAGE TAKING RESULTING IN DEATH;

AIDING AND ABETTING AND CAUSING AN ACT TO BE DONE

**IN VIOLATION OF:**   **UNITED STATES CODE TITLE & SECTION:**

18:1203(a); 18:1203(a); and 18:2

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| **ORDERED BY:**<br>MAGISTRATE JUDGE FACCIOLA | **SIGNATURE (JUDGE/MAGISTRATE JUDGE)**<br>MAGISTRATE JUDGE JOHN M. FACCIOLA | **DATE ISSUED:**<br>9/20/06 |
| **CLERK OF COURT:**<br>Nancy Mayer-Whittington | **BY DEPUTY CLERK:** | **DATE:**<br>9/20/06 |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 9/20/2006 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 7/30/2007 | JOHN M. LONG   CI/DUSM<br>U.S. MARSHALS | John M. Long |
| HIDTA CASE:  Yes   No X | | OCDETF CASE:  Yes   No X |

1218477