IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 6-102 (JDB) |
| ) | |
| v. ) | |
| ) | |
| CHRISTOPHER SEALEY ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Patrick M. Donahue and The Donahue Law Firm, as Court appointed Counsel under the Criminal Justice Act, on behalf of Christopher Sealey in the above referenced criminal matter.

Respectfully submitted,

The Donahue Law Firm

Patrick M. Donahue, Esq.
Bar No. 358184
18 West Street
Annapolis, Maryland 21401
(410) 280-2023