UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-102- 09, 10, 11, 12(JDB) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ANDERSON STRAKER | : | |
| WAYNE PIERRE | : | |
| CHRISTOPHER SEALEY | : | |
| KEVIN NIXON | : | |

**UNOPPOSED MOTION TO RESET STATUS HEARING AND ENLARGE TIME
TO NOTIFY COURT CONCERNING THE DEATH PENALTY**

The United States of America, through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court to reset to a later date the provisional status hearing set in this matter for September 14, 2007 and to enlarge the time by which the government shall notify the Court and counsel with regard to death penalty issues from September 10, 2007 until three days before the date to be set for next status hearing.

1. On August 2, 2007, this Court held a status hearing. At the conclusion of the hearing, the Court ordered the government to advise the Court of its position with respect to the death penalty by no later than September 10, 2007, set a tentative status hearing for September 14, 2007, and set another tentative status date of November 15, 2007, with all defendants waiving on the record any speedy trial objections through the date of November 15, 2007.

2. The government moves to continue the status set for September 14, 2007 and to enlarge the time by which the government shall advise the Court of its position on the death penalty on the following grounds. In light of a number of factors and circumstances, the time frame set in early August does not allow sufficient time for progress to made on this important aspect of this matter. The government notes that, according to the Department of Justice policy as stated in the United

States Attorneys Manual section 9-10, normally a minimum of 90 days is contemplated to receive a decision on the government's position with respect to whether it shall seek the death penalty in a particular case. The time between the last status of August 2 and the status set for September 14 is less than half that interval. In addition, the process runs at less than peak productivity during the month of August because many persons involved in the process at all levels take annual leave during that time period. The U.S. Attorney's Office has its own internal process that normally takes several weeks to complete. Finally, by Department of Justice policy as stated in the United States Attorneys Manual, section 9-10.040, the Attorney General will make the final decision about whether the death penalty is sought. The recent announcement in August by the Attorney General that he will be stepping down in mid-September has placed additional strain on the timing of this process, as it is a time of transition when the process can be expected to move at a slower than usual rate. The government thus asks the Court to grant it more time, by which time it will be much more likely the government will have useful information on this issue.

    3. This motion is unopposed. The government has informed all four defense counsel of this motion and each has informed the undersigned that they do not oppose the motion.

    4. With regard to this motion, time is of the essence. Since the government may find it necessary to take action to preserve its rights with respect penalties provided for under the applicable statutes, the government respectfully requests that the Court decide this motion as expeditiously as it is able, preferably by the close of business September 6, 2007, to allow the government time to make any filings that may be necessary before the date of September 10, 2007, which is the date by which the Court requested the government notify it and defense counsel of its intentions with regard to the issue of capital punishment.

    5. For the foregoing reasons, the government respectfully requests that the Court enlarge the time the time by which the government shall notify the Court and counsel with regard to death penalty issues and continue the status set for September 16 until at least sometime after October 29[1] (or to the previously set November 15 date) by which time it is very likely that the government will have more information on this issue.

                                        Respectfully submitted,

                                          JEFFREY A. TAYLOR
                                          UNITED STATES ATTORNEY
                                          D.C. BAR NUMBER 498610

                                          ____/s/_____
                                          Jeanne M. Hauch
                                          D.C. Bar Number 426585
                                          National Security Section
                                          Assistant United States Attorney
                                          555 Fourth Street, N.W.
                                          Washington, D.C. 20530
                                          (202) 514-5776 telephone
                                          (202) 307-6059 facsimile

---

[1] AUSA Bruce Hegyi is expected to be in trial on all court days from now through the end of October. AUSA Hauch is scheduled to be on travel September 24 through October 3, and then from October 15 through October 26. Defense counsel Mr. Sussman indicated he does not oppose a later date. Defense counsel Mr. Brodnax has indicated that he has other matters scheduled and will not be available until October 29 or later and that he does not oppose making the next date the November 15 date. Defense counsel Mr. Carney also indicated that several more weeks would be agreeable to him and he would not oppose using the November 15 date. Defense counsel Mr. Donahue indicated that he would not be available until early November and would not oppose using the November 15 date.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was caused to be served by US Mail and email upon counsel of record for each of the defendants on this 5th day of September, 2007:

Anderson Straker:
Edward C. Sussman, Esquire
601 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 737-7110

Wayne Pierre:
John J. Carney, Esquire
Carney & Carney
601 Pennsylvania Ave., N.W., Suite 900
Washington, D.C. 20004
(202) 434-8234
(202) 323-9760 (fax)

Kevin Nixon:
Pleasant Brodnax, Esquire
Moffitt & Brodnax
1700 Pennsylvania Ave., N.W.
Suite 400
Washington, D.C. 20006
(202) 462-1100

Christopher Sealey:
Patrick Donahue, Esquire
The Donahue Law Firm
18 West Street
Annapolis, MD 21401
(301) 261-1199
(410) 280-0905 (fax)

_____/s/_____
Assistant United States Attorney