UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANDERSON STRAKER,<br>WAYNE PIERRE,<br>CHRISTOPHER SEALEY, and<br>KEVIN NIXON,<br><br>Defendants. | Criminal No. 06-102 (JDB)<br><br>FILED<br>SEP 0 5 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER

Upon consideration of the government's unopposed motion to reset status hearing and enlarge time to notify the Court concerning the death penalty, it is hereby

**ORDERED** that the motion is **GRANTED** for the reasons stated in the motion; it is further

**ORDERED** that the government shall notify the Court and counsel with regard to the death penalty issues by not later than November 9, 2007; and it is further

**ORDERED** that the status hearing set for September 14, 2007 is **VACATED**, and the parties shall appear for a status hearing at the previously set date of November 15, 2007, at 2:00 p.m. in Courtroom 8.

/s/
JOHN D. BATES
United States District Judge

Date: September 5, 2007