**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | |
| v. | : | Criminal Action No. _06-102-11_ (JDB) |
| _Christopher   Sealey_ , | : | |
| **Defendant.** | : | |

**FILED**

NOV 1 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Upon the oral motion of defendant ___Christopher   Sealey___ , and the

consent and agreement of the government, the Court finds that, for the reasons stated in Court on

this date, the interests and ends of justice are best served and outweigh the interests of the public

and the defendant in a speedy trial, and accordingly it is ORDERED that pursuant to the

provisions of the Speedy Trial Act of 1974, 18 U.S.C. § 3161, the time from

___11/15/07___ through and including ___02/19/08___ ,

shall be excluded in computing the date for speedy trial in this case.

Dated: ___Nov 15, 2007___

_____
JOHN D. BATES
United States District Judge

AGREED:

_____
Defendant

_____
Defense Counsel

_____
Attorney for United States