UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,      :

       Plaintiff,      :

       v.      :      Criminal Action No. 06-107 (JDB)

CHRISTOPHER SEALEY      :

       Defendant.      :

FILED
FEB 1 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Upon the oral motion of defendant CHRISTOPHER SEALEY, and the consent and agreement of the government, the Court finds that, for the reasons stated in Court on this date, the interests and ends of justice are best served and outweigh the interests of the public and the defendant in a speedy trial, and accordingly it is ORDERED that pursuant to the provisions of the Speedy Trial Act of 1974, 18 U.S.C. § 3161, the time from 2/19/08 through and including March 13, 2008, shall be excluded in computing the date for speedy trial in this case.

Dated: Feb. 19, 2008

                                             JOHN D. BATES
                                             United States District Judge

AGREED:

CHRISTOPHER SEALEY
Defendant

John Lay for Patrick Donahue
Defense Counsel

_____
Attorney for United States