UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA

        v.        Criminal No.: 06-102 (JDB)


**ANDERSON STRAKER**

## REQUEST FOR INTERNATIONAL ASSISTANCE
(Letter Rogatory)

FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001
United States of America

TO THE APPROPRIATE JUDICIAL AUTHORITY OF TRINIDAD/TOBAGO


      A request for judicial assistance is being made in the interests of justice. The undersigned Judge of the United States District Court for the District of Columbia respectfully requests you to cause information set out in paragraph 3 below to be produced and returned to:

Steven R. Kiersh
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20015

John Carney
601 Pennsylvania Avenue, N.W.
Suite 900, South Building
Washington, D.C. 20004


      1.    Anderson Straker, Wayne Pierre, Christopher Sealy, and Kevin Nixon have been charged with conspiracy to commit hostage taking conspiracy to commit hostage taking resulting in death in the death of Balram Maharaj. The crimes alleged arise from the kidnapping of Balram Maharaj in Trinidad in 2005

2. The parties to this action are the United States of America and defendants Anderson Straker, Wayne Pierre, Christopher Sealy, and Kevin Nixon The action has been brought pursuant to an indictment in the United States District Court for the District of Columbia charging the defendants with Conspiracy to Commit Hostage Taking Resulting in Death and Hostage Taking Resulting in Death. The maximum penalty provided by these statutes, in the event of conviction, is life without the possibility of release.

3. The assistance requested is that the appropriate agency or entity within the government of Trinidad/Tobago provide legible photocopies of the following documents and identify the source of the documents, including the names, business addresses, and the telephone numbers of all persons and/or agencies, civilian or military, providing the documents. Such documents may, with respect to law enforcement, be commonly known to exist or be kept in law enforcement "Blue Files". Where possible, we attach C.R.O. Form F.P. 3 showing information obtained from the criminal records office that lists complainant and station of records we were able to locate.

(A) Reports reflecting the nature, location, source and/or identity of evidence obtained from any location, entity, or individual gathered by any person or agency of the government of Trinidad/Tobago, in relation to the kidnapping of Balram Maharaj.

(B) *Copies of the seal or other proof of authority of the person, agency or entity in control of the documents requested herein.

(C) *Copies of photographs taken by any person or agency of the government of Trinidad/Tobago at any scene related to the kidnapping of Balram Maharaj.

(D) *Any photographs used in any identification procedure involving Anderson Straker that were employed by any person or agency of the government of Trinidad/Tobago

(E) *Records of any physical evidence collected concerning the kidnapping of Balram Maharaj.

(F) Copies of any written statements provided to any individual or agency of the government of Trinidad/Tobago concerning the kidnapping of Balram Maharaj.

(G) Copies of any written memoranda reflecting statements made to any agent of the government of Trinidad/Tobago related to the events surrounding the kidnapping of Balram Maharaj.

(H) *Any materials which were disseminated by, at the behest of, or on behalf of the government of Trinidad/Tobago which offered a reward for information about the kidnapping of Balram Maharaj.

(I) Any warrants or other legal process which issued by any authority of the government of Trinidad/Tobago for the arrest of any person in connection with the kidnapping of Balram Maharaj.

(J) Any videotape or audiotape of any witness interviewed by any person or agency of the government of Trinidad/Tobago regarding the kidnapping of Balram Maharaj.

(K) *Reports of tests or examinations performed on any of the items of evidence recovered from the investigation into the kidnapping of Balram Maharaj.

(L) Any reports of identification procedures employed by any person or agency of the government of Trinidad/Tobago with any witness to the kidnapping of Balram Maharaj, including the results of such procedures.

(M) *All transcripts of any public criminal court proceedings, inquests, grand jury proceeding, or any other proceeding, whether civil or criminal held in Trinidad/Tobago that relates to the kidnapping of Balram Maharaj.

(N) All police records and court records that pertain to prior kidnapping charges against David Suchit that are maintained by the government of Trinidad/Tobago.

(O) Transcripts of the testimony of David Suchit for all hearings in which he testified in the criminal case involving the prosecution of Vijay Mungroo and others for the kidnapping and murder of Edmund Mitchell on or about January 10, 1990.

(P) Statements made by David Suchit at any time to the police or any other agent of Trinidad/Tobago concerning the murder of Edmund Mitchell on or about January 10, 1990.

(Q) Statements made by David Suchit to any police department or other agent of the government of Trinidad/Tobago about any alleged crime that was committed in Trinidad/Tobago on any date.

(R) *All records, reports, notes, and/or communications that were prepared by or are maintained by any individual, institution, or agent of Trinidad/Tobago that pertain to the mental health and/or mental competence of Russell Joseph. These records are to be sent directly to the Honorable John D. Bates for an in camera review. After such a review, Judge Bates will decide whether to release the records to counsel for the defendants.

(S) *All public court records pertaining to the case of Doreen Alexander v. Balram Maharaj.

(T) All records and statements to any agent of the government of Trinidad/Tobago regarding David Suchit's participation in a type of Witness Protection Program.

(U) All notes, memoranda, correspondence or other communications concerning statements made to any agent of the government of Trinidad/Tobago by Neermal John about the investigation into the kidnapping of Balram Maharaj.

(V) All written statements made by Neermal John to any agent of the government of Trinidad/Tobago concerning the death of Balram Maharaj.

(W) *All medical records of Anderson Straker from any treatment facility that he as referred to while in police custody in Trinidad/Tobago for the kidnapping of Balram Maharaj.(These records are maintained at the George Street Health Centre, 3-5 Jerningham Place, Trinidad. Mr. Straker was ordered to be treated at that facility by a Court of Trinidad).

(X) [1]Defendants Pierre, Straker, Sealy and Nixon request assistance in obtaining information as to any criminal charge, conviction, or arrest, whether an arrest resulted in a conviction or not, the date of conviction if any, the place of conviction, a certified copy of any record of conviction, all disclosable documents in "Blue Files" or law enforcement records as to a summary of the charge, arrest, or conviction identified for the following individuals:

  (a) David Suchit a/k/a/ Michael Suchit, Sodgan Suchit, Scarface (D.O.B. 74-01-15), possible address LR 74 Belle View Drive, Old Arima Road, Arima, Belle View, LaResource Road, D'Abadie. Cr Number 839.

  (b) Winston Gittens, a/k/a Loao (D.O.B. 22/4/53), last known address of 19 Mootoo St. Marabella. Cr Number 16254;10904

  (c) Doreen Alexander Durity (D.O.B. 28/12/65), last known address 10 Nelson Street, Arima, CR Number 109721.

  (d) Leon Nurse, (D.O.B. unknown) CR Number 109954

---

[1] The government generally objects to any information other than criminal convictions, as beyond the scope of Rule 16 discovery and implicating potentially privileged/confidential information and materials in Trinidad/Tobago. As to subparts (a)(b)(c), the government does not object to criminal convictions being produced if they are sent directly to this Court for review and only disseminated to defense counsel following the issuance of an Order from the Court. As to the remaining subparts, the government has no objection to the criminal convictions being produced. The defendants seek production of all requested information.

(e) Zion Clarke, a/k/a/ Ieah Clarke (D.O.B. 77/11/17), last known address Blanch Street Bourg, Malatress Lower Santa Cruz

(f) Jason Percival, (D.O.B. 73/02/24), last known address Burloang # 2 Apartment # 4, Pleasant Ville Avenue, Pleasantville, C.R. No. 37586

(g) Russel Joseph, a/k/a/ (D.O.B. 72/12/12) last known address Light Pole 68 Grand Curaye Road Bourg, Mulatress, Cr. No 16937;18624.

(h) Russell Joseph, a/k/a/ Joe, Runs, James Joseph, Inerz Williams (D.O.B. 48/02/16) Cr No. 27405;55409;18624.

(i) Russell Joseph, a/k/a Shawn Segal, Don, Ten Cents Edmund (D.O.B. 16/11/67) last known address 53 Stone Road Piparo LP 57 Pascall Road, Piparo.

(j) Russell Joseph (D.O.B. 27/10/88) last known address Roopsingh Street, Sangre Grande, Cr. 109646.

(k) Russell Joseph, a/k/a Yardu (D.O.B. 11/7/58) last residence 181 Cipero Rd. Victoria Village, Cr. 103076.

(l) Russel Joseph (D.O.B. 19/02/61) last residence Jemingham Junction Cunupia, Cr. 93433.

(m) Kazim Rahim (kidnapped May 4, 2005)

(n) Dexter Jagdeo (kidnapped December 16, 2004)

(o) Robin Ramadar (kidnapped March 4, 2005)

(p) Gerald GoPaul (kidnapped and killed July 8, 2005)


4. All fees and costs incurred will be borne by the United States District Court.

5. The United States District Court for the District of Columbia extends its assurances of highest regard and consideration to the judicial authorities of Trinidad/Tobago and expresses its willingness to provide similar assistance to the judicial authorities of Trinidad/Tobago upon request.

6. Please cause this Letter and the requested documents to be returned under cover duly sealed and addressed to Steven R. Kiersh, Esquire, 5335 Wisconsin Avenue, N.W., Suite 440, Washington, D.C.
 20015

**Need For Procedure Requested For Official Records**

  The execution of the attached Attestation of Authenticity of Official Records is needed to receive the requested records into evidence in accordance with the requirements of United States law. Ordinarily official government records may be received into evidence only if an appropriate representative of the government appears at trial as a witness and testifies to the authenticity of the records and the manner in which they are prepared and maintained at the government office. However, in the case of foreign officials, the appearance and testimony at trial of that representative may not be required if the records (or true copies) are accompanied by a written declaration such as the attached certificate. This procedure is set froth by statute and is required.

  Please accept the assurance of our highest esteem

_____
JOHN D. BATES
United States District Judge for the District of Columbia

_____
Date

## **CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS**

I, the undersigned,_____,
With the understanding that I am subject to criminal penalty under the laws of the Republic of Trinidad and Tobago for an intentionally false declaration, declare that I am employed/associated with _____ in the position of _____ and by reason of my position am duly authorized and qualified to make this declaration.

I further declare that the documents attached hereto are originals or true copies of records which:

1. Were made at or near the time of the occurrence of the matters set forth herein, (or from information transmitted by) a person with knowledge of those matters:

2. Were kept in the ordinary course of regularly conducted business activity;

3. Were made by the said business activity as a regular practice; and

4. If not original records, are duplicates of original records.

The originals or duplicates of these records are maintained in the republic of Trinidad and Tobago.

Date of execution: _____

Place of execution:: _____

Signature:_____

Printed Name: _____

Address of business: _____

Telephone Number: _____

## **ATTESTATION OF AUTHENTICITY OF OFFICIAL RECORDS**

I, _____, (NAME) attest that my position with the Government of the Republic of Trinidad and Tobago is _____ and that I am authorized by the laws of the Government of the Republic of Trinidad and Tobago to attest that the documents attached hereto and described below:

(1) The documents are true copies of original records which are authorized by the laws of the Republic of Trinidad and Tobago to be recorded or filed in _____ which is _____ (name of public office or agency) a public office or agency.

(2) The documents set forth maters which are required by the laws of the Republic of Trinidad and Tobago to be recorded or filed and reported.

Description of Documents: _____

_____

(SEAL)

Signature

_____
Printed name

_____
Date

_____
Address of public office or agency

_____
Telephone Number

THE UNITED STATES OF AMERICA

DISTRICT OF COLUMBIA:

    I, JOHN D. BATES, Judge of the United States District Court for the District of Columbia, do hereby certify that Nancy Mayer Whittington, whose name is subscribed to the foregoing Letter Rogatory, is now, and was, at the time of the signing and sealing of the same, the Clerk of the United States District Court for the District of Columbia, and keeper of the Seal and records thereof, that full faith and credit are, and of right ought to be given to all her official acts as such, in all courts of Record in the United States and elsewhere, and that the attestation is in due form of law and by the proper office.

    Given under my hand at my chambers in the District of Columbia.

    This the _____ day of _____, 2008.


                                                _____(Seal)
                                                Honorable John D. Bates
                                                Judge, United States District Court


DISTRICT OF COLUMBIA:

    I, Nancy Mayer Whittington, Clerk of the United States District Court for the District of Columbia, do hereby certify that John D. Bates, whose name is subscribed on the above Letter Rogatory, now is, and was at the time of the signing thereof, a Judge of the United States District Court for the District of Columbia, duly appointed, confirmed, commissioned and qualified, and that the Judge's signature is genuine.

    In witness whereof, I have signed my name and affixed the Seal of the United States District Court of the District of Columbia, this the _____ day of _____, 2008.


                                                _____(Seal)
                                                Clerk, United States District Court for
                                                The District of Columbia

STATEMENT OF EFFECT OF APOSTILLE

Apostilles certify only the authenticity of the signature of the official who signed the document, the capacity in which that official acted, and where appropriate, the identity of the seal or stamp which the document bears. An apostille does not imply that the contents of the document are correct, nor that they have the approval of the United States Courts.


Clerk, United States District Court