IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 06-102-11 (JDB) |
| v. | |
| CHRISTOPHER SEALEY, Also known as Christopher Bourne, also Known as Boyie | |
| Defendant | |

## CHRISTOPHER SEALEY'S MOTION TO ADOPT AND JOIN MOTIONS

The Defendant, Christopher Sealey, by and through his attorneys, Patrick M. Donahue and The Donahue Law Firm, moves to adopt and join Co-Defendant Straker and Pierre Motions, as follows:

1.   Defendant Straker's Motion entitled, "Defendant's Second Motion to Compel Discovery," document #207[1];

2.   Defendant Straker's and Pierre's Motions entitled, "Motion to Conduct Depositions of Unavailable Witnesses", document #205 and #206[2];

3.   Defendant Straker's Motion entitled, "Motion for Issuance of Letters Rogatory", document #211.   In addition, Mr. Sealey requests that paragraph #3(x) of the Request for International Assistance, which requests criminal related records, include as subparagraph 3(x)(q) David Sealey records and as subparagraph 3(x)(r) Hugh Sealey records.

The Donahue Law Firm
18 West Street
Annapolis, MD 21401
(410) 280-2023

---

[1] Mr. Sealey, likewise, is alleged to have voluntarily made a written statement.  The FBI was present during the interrogation.
[2] Mr. Sealey will produce to the Court ex parte a listing and description of proposed witnesses and their testimony.

The Defendant notes that each of these motions raises requests for relief which are equally applicable to Mr. Sealey.

WHEREFORE, for the foregoing reasons and any that may become apparent at a hearing on this Motion, Mr. Sealey moves to join and adopt the above-referenced requests for relief.

Respectfully submitted,

**THE DONAHUE LAW FIRM**

By: /s/ _____
Patrick M. Donahue
18 West Street
Annapolis, Maryland 21401
Telephone: 410-280-2023

Attorney for Defendant, Christopher Sealey

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of July, 2008 that this Motion was served on all parties by the electronic filing system of the United States District Court for the District of Columbia.

/s/ _____
Patrick M. Donahue

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 06-102-11 (JDB) |
| v. | |
| CHRISTOPHER SEALEY, Also known as Christopher Bourne, also Known as Boyie | |
| Defendant. | |

## ORDER

HAVING READ AND CONSIDERED Defendant Christopher Sealey's Motion to Adopt and Join Motions, and all responses thereto, if any, it is this _____ day of _____, 2008, by the U. S. District Court for the District of Columbia,

ORDERED, ADJUDGED AND DECREED that the Motion to Adopt and Join Motions and the relief requested therein is and shall be GRANTED.

SO ORDERED.

_____
John D. Bates, Judge
United States District Court for the District of Columbia

cc:   All counsel

The Donahue Law Firm
18 West Street
Annapolis, MD 21401
(410) 280-2023

3