IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| - vs - § | CRIMINAL No.  06-102-11(JDB) |
| § | |
| **CHRISTOPHER SEALEY,** § | |
| also known as Christopher Boyd, § | |
| also known as Boyie, *et al.* § | |
| Defendants. § | |

### GOVERNMENT'S RESPONSE TO DEFENDANT CHRISTOPHER SEALEY'S MOTION TO ADOPT MOTIONS AND JOIN MOTIONS

The United States of America ("United States" or "Government") responds to the motion of defendant Christopher Sealey, his Motion to Adopt and Join Motions (Document #219) filed July 7, 2008.  The defense motion adopts three motions filed by codefendants and supplements its request under the third one it adopts.  The motions Mr. Sealey adopts include: Second Motion to Compel Discovery (Document #207); Motion to Conduct Depositions of Unavailable Witnesses (Document #205); and Motion for Issuance of Letters Rogatory (Document #211).

With respect to defendant Sealey's adoption of defendant Straker's Second Motion to Compel Discovery, the government respectfully requests that the Court permit it to adopt as responses its previously filed Opposition to Defendant Straker's Second Motion to Compel Discovery (Document #215).  With respect to defendant Sealey's adoption of the Motion to Conduct Depositions of Unavailable Witnesses filed by defendants Straker and Pierre, the

government respectfully requests that the Court permit it to adopt as a response its previously filed Government's Opposition to Defendant Straker's and Defendant Pierre's Motions to Conduct Depositions of Unavailable Witnesses (Document #216).

With respect to defendant Sealey's adoption of defendant Straker's Motion For Issuance of Letters Rogatory, the Government respectfully requests to adopt its Government's Response to Defendant Anderson Straker's Motion for Issuance of Letters Rogatory (Document #214), and seeks to supplement that Response with the responses to the following supplemental requests made by Mr. Sealey.  Mr. Sealey requests that paragraph 3.X of the motion he adopts include as subparagraphs requests for the criminal-related records of David Sealey and Hugh Sealey.  As to those requests, the Government takes the same position it has taken with regard to the requests already made under that subparagraph, which is that the Government objects generally as to any information other than criminal convictions, as it is beyond the scope of Rule 16 discovery and it implicates potentially privileged/confidential information and materials in Trinidad and Tobago, such as "'Blue Files' or law enforcement records."  However, the Government would withdraw its objection if the Request was modified to request only (1) certified copies of convictions (2) for the identified individuals, that are to be  (3) be delivered directly to Judge Bates (rather than

to defendant's counsel) for future disclosure if, as, and when, such disclosure becomes appropriate.

        Respectfully submitted,

JEFFREY A. TAYLOR (D.C. Bar No. 498610)
United States Attorney

By:     /S/
    _____

JEANNE M. HAUCH (D.C. 426585)
Assistant United States Attorney
National Security Section
555 Fourth Street, N.W., 11th Floor
Washington, D.C.  20530
(202) 514-5776
Jeanne.M.Hauch@usdoj.gov

BRUCE R. HEGYI (D.C. Bar No. 422741)
Assistant United States Attorney
Federal Major Crimes Section
555 Fourth Street, N.W., Room 4848
Washington, D.C.  20530
(202) 305-9637
(202) 353-9414 (fax)
www.bruce.hegyi@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing was served upon the following counsel, electronically, on this 8th day of July, 2008:

Edward C. Sussman
601 Pennsylvania Avenue, NW
Suite 900 - South Building
Washington, DC 20004
*Counsel for Anderson Straker*

John J. Carney
Carney & Carney
601 Pennsylvania Avenue, NW
Suite 900 - South Building
Washington, DC 20004
*Counsel for Wayne Pierre*

Christopher M. Davis
Davis & Davis
The Lincoln Building
514 10th Street, NW
9th Floor
Washington, DC 20004
*Counsel for Jason Percival*

Pleasant S. Brodnax, III
The Mills Building, Suite 400
1700 Pennsylvania Avenue, NW
Washington, DC 20006
*Counsel for Kevin Nixon*

Patrick M. Donahue
Donahue Law Firm
18 West Street
Annapolis, MD 21401
*Counsel f or Christopher Sealey*

Allen H. Orenburg
The Orenburg Law Firm, PC
11200 Rockville Pike, Suite 300
North Bethesda, MD 20852
*Counsel for Russel Joseph*

Thomas Abbenante
1919 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006
*Counsel for Winston Gittens*

Diane S. Leaply
400 Seventh Street, NW
Suite 400
Washington, DC 20004

/s/

JEANNE M. HAUCH