IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 06-102-11 (JDB) |
| v. | |
| CHRISTOPHER SEALEY, Also known as Christopher Bourne, also Known as Boyie | |
| Defendant | |

## CHRISTOPHER SEALEY'S SECOND MOTION TO ADOPT AND JOIN MOTIONS

The Defendant, Christopher Sealey, by and through his attorneys, Patrick M. Donahue and The Donahue Law Firm, moves to adopt and join Co-Defendant Straker and Pierre Motions, as follows:

1. Defendant Straker's Motion entitled, "Motion to Dismiss Indictment," document #190;

2. Defendant Pierre's Motion entitled, "Motion for Discovery and Notice of 12(b)4(B) Evidence," #195;

3. Defendant Pierre's Motion entitled, "Motion in Limine to Include Hearsay from Alleged "Co-Conspirators"," document #196; and

4. Defendant Straker's Motion entitled, "Motion to Return Defendant, Anderson Straker, to the Republic of Trinidad/Tobago," document #210.

The Defendant notes that each of these motions raises requests for relief which are equally applicable to Mr. Sealey.

WHEREFORE, for the foregoing reasons and any that may become apparent at a hearing on this Motion, Mr. Sealey moves to join and adopt the above-referenced requests for relief.

Respectfully submitted,

**THE DONAHUE LAW FIRM**

By: /s/
Patrick M. Donahue
18 West Street
Annapolis, Maryland 21401
Telephone: 410-280-2023

Attorney for Defendant, Christopher Sealey

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of July, 2008 that this Motion was served on all parties by the electronic filing system of the United States District Court for the District of Columbia.

/s/
Patrick M. Donahue

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER SEALEY,<br>Also known as Christopher Bourne, also<br>Known as Boyie<br><br>      Defendant. | Criminal No. 06-102-11 (JDB) |

## **ORDER**

HAVING READ AND CONSIDERED Defendant Christopher Sealey's Second Motion to Adopt and Join Motions, and all responses thereto, if any, it is this ____ day of _____, 2008, by the U. S. District Court for the District of Columbia,

ORDERED, ADJUDGED AND DECREED that the Motion to Adopt and Join Motions and the relief requested therein is and shall be GRANTED.

SO ORDERED.

                                                      John D. Bates, Judge
                                                      United States District Court for the District of Columbia

cc:    All counsel

The Donahue Law Firm
18 West Street
Annapolis, MD 21401
(410) 280-2023