MICHAEL BOURNE
BOYLE

# STATEMENT

Doc. 23/6/78

Name CHRISTOPHER SEALEY                          Sex Male  Age 32.4/80/8.

Occupation Shop Keeper          Address 1#54 Kingston Avenue, La Canoa Road, Santa Cruz

Investigating Officer taking Statement No. 13158 WPC Mitchell - Gonyue

Others present No. 1652 A. Pinder, Justice of the Peace Mr. Asquith Clarke and
HUGH DAVID SEALEY JNR.                                    Homicide

Date 8 August 2006  Time Commenced 8.15pm.      Place Arouca Police Station

I, Michael Bourne, also known as Christopher
Sealey and Boyle, wish to make a statement.
I want someone to write down what I
say. I have been told that I need
not say anything unless I wish to do
so and that whatever I say may be
given in evidence. I have also been
told that I have the right to retain
a legal adviser. Christopher Bourne
8 8 06  Hugh Sealey  8 8 06
A. Pinder J.P 8/8/06  In early
January, 2005 WAYNE PIERRE come and
check meh and say he have some
scene line up he tell meh how we
go meet by Melownrodes. When we
reach by Melownrodes everybody
was dey the soldiers and them.
The soldiers and them start to talk
about the same man like which
part he does be drinking in El Socorro
and after the meeting by the bar
they tell we to go across by the
bar. When we reach across to the
car the soldier bring the two gun
and handed it to me and STAKA.
and after the driver drive off and

C B

Mil...ce 8/8/06  Christopher Bourne  8-8-06
Hugh Sealey  8-8-06  A. Pinder J.P 8/8/06



GOVERNMENT
EXHIBIT

C

went down the road by ~~et socorro~~ x CB

CB ~~vide~~ and after we drive down

~~Frances~~
~~El socorro~~ he drive around and    x CB

show me where the man is inside

the bar. After we leave and come

out the car and went inside the

bar and after we reach in the bar

I end up sticking the man up.

Me and ~~Strica~~ and after we

~~took~~ him to the car Spicy was

driving. We went up Santa Cruz

and hand him over to the man

dey call SOLDIER. After we
        to NINJA
hand him over dey take him

and go away with him. I

leave and went home and then

the soldier come up the road

by me in the night for the gun

the gun had ~~no~~ shots in it and    CB
CB ~~I TELL them before the gun to give him~~ soldier
I give ~~him~~ it cause ah didn't

want meh name to call. they

end up calling meh name and say I

do it and beside that I have a

witness who came and was there when

he come and collect the gun. After

that NINJA come and tell meh that

the man died with some sickness

he had and he end up chopping

him up and ~~burying~~ him and    CB
everything. ~~to drink~~ NINJA was in he car

when he come and tell meh that.

_Christopher Baurne 8-8-06_

# STATEMENT

Name ..............................................................................................  Sex ............... Age ...............

Occupation ....................................................  Address ...............................................................

Investigating Officer taking Statement ...... *Continued*

Others present ..................................................................................................................................

| Date | Time Commenced | Place |
|------|----------------|-------|

QUESTION: Do you know WAYNE PIERRE by any other name and where does he live?

ANSWER: Yeah, ninja, and he live in Bourg Mulatteress, Santa Cruz and we went to school together and I use to see him in school

QUESTION: what do you mean by scene line up?

ANSWER: He end up coming up and showing meh about the soldier and them and they were planning to kidnap the man for money and they were planning it by Melonwoods.

QUESTION: How much money was he talking about?

ANSWER: He was talking about (7) seven million dollars $7,000,000.00

QUESTION: Were you promise any share of the money?

ANSWER: They was just talking about the seven million and how to get it.

QUESTION: Where is Melonwoods?

ANSWER: That is by the Club in Bourg Mulateress.

QUESTION: Who was at the meeting at the

Milenwood with   CB Christopher Beunne 8-8-06
High Scout 8-8-06

club?

ANSWER: It was me SHAKA, NINJA.
and three soldiers.

QUESTION: Do you know SHAKA by
any other name?

ANSWER: No, all I know is that he
living somewhere in Santa Cruz.

QUESTION: Describe the man in the
bar?

ANSWER: It was ah Indian, low hair
skin with beard and thing.

QUESTION: Did the soldier tell you anything
about the man?

ANSWER: They say he used to fight war
in Vietnam or something like that.
Like they had their plan before.

QUESTION: Describe the soldiers who
was there at Melowwoods?

ANSWER: It had one that was taller
than all the rest, dark, his hair was
low. Nest one he was riding hard
with ninja and he not in the force
and he get throw out of the force.
He was brown skin, short, straight
muscular in body and had a low cut.
I know him by seeing him in Bourg
Mulateress, opposite ninja house. Sometimes
ninja would pass with him in the car.
Then it have the next one he still in
the force he used to be fixing where
they does fix radio and thing by
MIGUEL and them opposite Melowwoods

     S.P. 9470 - P.490-50,000 /99

Christopher Bowene 8-8-06

## STATEMENT

Name ........................................................... Sex ......... Age .........

Occupation ........................... Address .....................

Investigating Officer taking Statement .....................

Others present ...................................................

| Date | Time Commenced | Place |
|------|----------------|-------|

and I use to pass and see him right
through. He was short and had a
round face, brown skin and strong
built.

QUESTION: Do you know the driver?

ANSWER: Yeah he name Saucy, all
ah we went to school together. He
was older than me and he living
up in Boxey Mulateress by NINJA.

QUESTION: Does Saucy [Brinja] have a car
and describe it?

ANSWER: Yeh he have one ah
think it is a grey, but ah don't
know the number.

QUESTION: What do you mean by
sticking him up and say how this
was done?

ANSWER: Shaka was standing outside
in road in front the club and I
walk in and tell the man that
use come for him and after I tell
him leh we walk. I had the gun
in meh hand. That was a dummy
gun it was empty.

QUESTION: What did the man do?

ANSWER: The man did not do anything

Christopher Bourne 8-8-06
8-8-0-6

he just walk and when we reach to the car SHAKA put him inside the car and after I jump in and went up the road with STRICH. and the same soldier who was always with NINJA was sitting in a car eno the road watching the scene.

QUESTION: when you was by Melowswoods and the soldier bring the gun. which one of the soldier was that?

ANSWER: The same soldier who was moving with ninja and I wing up by he, he give meh the gun inside the car. he give SHAKA a gun too.

QUESTION: who showed you the man in the bar?

ANSWER: The same soldier who I wing up by NINJA bt show me the man.

QUESTION: when did you hear the man died and how long after you learn of his death.

ANSWER: It was about two weeks. ah hear he dead when NINJA come up by the shop and tell meh the man dead and he on he band and he chap him up.

QUESTION: Did you recame any money

ANSWER: No.

QUESTION: Did you kill the man?

ANSWER: I did not kill no man and neh oh take part in it.

Christopher Bourne 8-8-06

## STATEMENT

Name........................................................................ Sex ........ Age ........

Occupation.......................................Address...........................

Investigating Officer taking Statement ...................................

Others present .................................................................

| Date | Time Commenced | Place |
|------|---------------|-------|

QUESTION: If you see the soldier who was riding with NINJA all the time would you be able to identify him?

ANSWER: Yeah because he who set man up with the guy Christopher Bourne 8-8-06 _(signature)_ 8-8-0-6 _(signature)_ JP 8/8/06 _(signature)_ 8/8/06

The above statement has been read to me and I have been told that I can correct, alter or add anything I wish. This statement is true. I have made it of my own free will. Christopher Bourne 8-8-06 _(signature)_ 8-8-0-6 _(signature)_ JP 8/8/06

This is to certify that I was requested by the Police and the Homicide Bureau of Grenada that my presence was needed. On my arrival I met #3158 WPC Gosine #4653Y PC Pinaler. A young man name Michael Bourne also called Christopher Sealey and his father Hugh David Sealey. WPC Gosine informed me she was investigating an incident of Murder and Michael Bourne was the suspect. I then requested of the Police Officers to leave the room so I could speak to the suspect

to which they complied. I then asked the subject if he was threatened coerced or promised anything to give the statement and he said No. He was giving the statement on his free own free will & also told them he was not obliged to give any statement and he said he wanted to give a statement and he wanted the police to write the statement. I then recalled the Police officers to the room. WPC Corine got the statement that wrote all that was required at the top and read the Preamble to the suspect and he said understood and she wrote it. The suspect signed and dated it along with his father PC Pinder and myself also signed and dated it. The suspect dictated his statement while WPC Corine & wrote it. She also asking questions so as to clarify areas, which needed to be properly identified to which the suspect answered. She then asked then if he was satisfied with she wrote as she read the statement to the suspect in the presence of his father. He said he was satisfied that I correctly recorded and he signed and dated before PC Pinder, the suspect and myself.

O.P., Tr/To.—P 190—50,000— 89

## STATEMENT

Name........................................................ Sex........... Age...........

Occupation........................................ Address................................

Investigating Officer taking Statement................................................

Others present................................................

| Date | Time Commenced | Place |
|------|----------------|-------|

signed and dated it, The suspect
then wrote a Certificate from
the Judges Rules to which
again he signed and dated it
He father did likewise PC Pindel
and I did likewise.

*[signature]*

Justice of the Peace 8/8/06
St. George East

Time ended 9.45pm on Tuesday 8th
August, 2006
Recorded by: Jermaine Mitchel - George PUF.
*[signature]* George 1208 8/8/06.